UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1568 |
| | § | |
| THE WESTFIELD CORPORATION, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendants' Motion for Summary Judgment (Doc. No. 33); Plaintiff's Response (Doc. No. 34); Defendants' Reply to Plaintiff's Response (Doc. No. 35); Plaintiff's Surreply (Doc. No. 36); and Magistrate Judge Stacy's Memorandum and Recommendation (Doc. No. 42) that the Court deny the Defendant's Motion for Summary Judgment. Neither party filed objections to the Memorandum and Recommendation.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Defendants did not meet their burden of proof on essential elements of their defenses or that there exists genuine issues of material fact which preclude judgement in favor of Defendant. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 42) is **ADOPTED**, Defendants' Motion for Summary Judgment (Doc. No. 33) is **DENIED**. It is further

**ORDERED** that the parties will consult regarding trial schedule and provide the Court with proposed date for filing the Joint Pretrial Order and proposed trial date.

SIGNED at Houston, Texas, this 11th day of September 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE